NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FELLOWES, INC.,**
*Appellant*

**v.**

**ACCO BRANDS CORPORATION,**
*Appellee*

---

2015-1661

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00566.

---

## JUDGMENT

---

BRYAN PATRICK COLLINS, Pillsbury Winthrop Shaw Pittman LLP, McLean, VA, argued for appellant. Also represented by EMILY T. BELL, WILLIAM P. ATKINS, ROBERT M. FUHRER.

STEVEN R. TRYBUS, Jenner & Block LLP, Chicago, IL, argued for appellee. Also represented by MICHAEL GLENN BABBITT, PETER J. BRENNAN; RICHARD L. KAISER, Michael Best & Friedrich LLP, Waukesha, WI.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* REYNA and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 March 16, 2016 
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court